PROB 12C
(6/16)

Report Date: April 30, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Johnny Thomas Axtell          Case Number: 0980 1:14CR02086-SAB-1

Address of Offender: ███████████  Wapato, Washington 98951

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 26, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A) | | |
| Original Sentence: | Prison - 60 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: | December 7, 2018 |
| Defense Attorney: | Federal Defender | Date Supervision Expires: | December 6, 2023 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.
 | **Supporting Evidence**: On or about March 26, 2019; and April 11 and 19, 2019, Mr. Axtell consumed methamphetamine.
 | Mr. Axtell's conditions were reviewed with him on December 11, 2018. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 17, as noted above.
 | On March 27, 2019, Mr. Axtell reported to Central Washington Comprehensive Mental Health (CWCMH) and provided a urinalysis (UA) sample which was sent to Cordant Health Solutions (Cordant) for testing. On April 2, 2019, Cordant reported the sample collected on March 27, 2019, was positive for methamphetamine.
 | On April 12, 2019, Mr. Axtell reported to the United States Probation Office and admitted he consumed methamphetamine on or about March 26, 2019. Also on this date, Mr. Axtell

Prob12C
**Re: Axtell, Johnny Thomas**
**April 30, 2019**
**Page 2**

provided a UA sample which yielded a presumptive positive result for methamphetamine. Mr. Axtell admitted he consumed methamphetamine on or about April 11, 2019. Mr. Axtell was falling asleep at the undesigned's desk; thus, he was directed to report on April 15, 2019, to review his admissions and sign a drug use admission form.

On April 15, 2019, Mr. Axtell reported to the United States Probation Office. The undersigned reviewed with him his previous admissions and he affirmed his admittance and that he consumed methamphetamine on or about March 26 and April 11, 2109, and signed a drug use admission form.

On April 22, 2019, Mr. Axtell reported to the United States Probation Office and provided a UA sample which yielded a presumptive positive result for methamphetamine. Mr. Axtell admitted he consumed methamphetamine on or about April 19, 2019, and signed a drug use admission form.

2       **Special Condition #16**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per months, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On or about March 26, 2019, Mr. Axtell consumed alcohol.

Mr. Axtell's conditions were reviewed with him on December 11, 2018. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 16, as noted above.

On April 12, 2019, Mr. Axtell reported to the United States Probation Office and admitted to consuming alcohol on or about March 26, 2019. Mr. Axtell was falling asleep at the undesigned's desk; thus, he was directed to report on April 15, 2019, to review his admission and sign a drug use admission form.

On April 15, 2019, Mr. Axtell reported to the United States Probation Office. The undersigned reviewed with him his previous admission and he affirmed his admittance and that he consumed alcohol on or about March 26, 2019, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 30, 2019

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

Prob12C
**Re: Axtell, Johnny Thomas**
**April 30, 2019**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

April 30, 2019

Date