PROB 12C
(6/16)

Report Date: March 12, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Johnny Thomas Axtell     Case Number: 0980 1:14CR02086-SAB-1

Address of Offender: 3000 McDonald Road, Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 26, 2017

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A) | |
| Original Sentence: | Prison - 60 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: December 7, 2018 |
| Defense Attorney: | Jennifer Barnes | Date Supervision Expires: December 6, 2023 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 30, 2019.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

3     **Mandatory Condition #2**: You must not unlawfully posses a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: It is alleged that on or about March 5, 2020, Mr. Axtell was in possession of controlled substances.

Mr. Axtell's conditions were reviewed with him on December 11, 2018.  He signed his conditions acknowledging an understanding of his conditions which include mandatory condition number 2, as noted above.

According to the Yakima Police Department (YPD) narrative for incident 20Y009715, the following occurred: On March 5, 2020, Mr. Axtell was contacted by YPD at 1002 North First Street Yakima, Washington, for a welfare check on a vehicle that was running and had not moved for approximately 2 hours.  When officers approached the vehicle, Mr. Axtell was observed asleep in the driver's seat.  His head was leaning against the driver's window and the female in the front passenger's seat was passed out and leaning her head against the door.

Prob12C
**Re: Axtell, Johnny Thomas**
**March 12, 2020**
**Page 2**

YPD was able to wake Mr. Axtell and requested that he turn the vehicle off. The offender reached over to the center console and moved the gear shifter from drive into park before he turned the car off. While Mr. Axtell was retrieving his driver's license for YPD, an officer observed a small bag that contained a green leaf-like substance on the driver's side floorboard of the vehicle. The officer believed the substance to be marijuana. While Mr. Axtell was communicating with YPD, the officer observed that Mr. Axtell's eyes were droopy, watery and bloodshot. The offender's speech was slightly slurred and mumbled and YPD suspected that Mr. Axtell was under the influence of drugs or alcohol.

Mr. Axtell was asked to complete several field sobriety tests, and the officer determined that his ability to operate a motor vehicle was impaired. YPD officers arrested Mr. Axtell for physical control and transported him to the police department for further testing by a drug recognition expert from Washington State Patrol (WSP). The drug recognition expert conducted tests and determined that Mr. Axtell was under the influence of a stimulant and is unable to operate a motor vehicle safely.

YPD officers obtained a warrant to take blood from Mr. Axtell to test for controlled substances. Due to Mr. Axtell being arrested for driving under the influence/physical control, the vehicle he was driving was towed to the Yakima Police Department annex.

On March 6, 2020, a detective with YPD applied for a search warrant to search the vehicle Mr. Axtell was driving. The search warrant was granted on March 9, 2020, and this officer assisted YPD with the search of the offender's vehicle.

During the search of the vehicle, the following items were discovered in a bag that was located on the floorboard of the vehicle Mr. Axtell was driving when he was contacted by YPD on March 5, 2020; 24. 5 grams of methamphetamine, 6.6 grams of white heroin, 8.3 grams of brown heroin, 66 fentanyl-laced pills, a digital scale, over $7,500 in cash, and located in the ash tray was a .380 caliber bullet.

YPD has not filed charges yet as the case is still under active investigation.

4    **Standard Condition #10**: You must not own, posses, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: Mr. Axtell is alleged to have been in possession of ammunition on March 5, 2020.

Mr. Axtell's conditions were reviewed with him on December 11, 2018. He signed his conditions acknowledging an understanding of his conditions which include standard condition number 10, as noted above.

On March 9, 2020, this officer assisted YPD with a search of the vehicle Mr. Axtell was driving on March 5, 2020. During the search of the vehicle YPD found a .380 caliber bullet in the ash tray of the vehicle.

Prob12C
**Re: Axtell, Johnny Thomas**
**March 12, 2020**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 30, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  March 12, 2020

s/Phil Casey

Jonathan Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

3/13/2020

Date